IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARNOLD L. EPPS,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　　　　Defendant. | 8:18CV498<br><br>**ORDER** |

The parties filed a Stipulation of Dismissal With Prejudice (Filing No. 14). Accordingly,

IT IS ORDERED that this action is dismissed, with prejudice, with each party to bear their own costs.

Dated this 25th day of April, 2019.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　Senior United States District Judge